Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Maria Esmerio

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ESMERIO, | ) No. 5:22-cv-01658-SHK |
| | ) |
| Plaintiff, | ) [~~PROPOSED~~] **ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses under the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND DOLLARS and TWENTY-FIVE CENTS ($2,000.25), and costs under 28 U.S.C. § 1920, in the amount of FOUR

/ / /

/ / /

/ / /

1

1 | HUNDRED TWO DOLLARS AND NO CENTS ($402.00), subject to the terms of
2 | the above-referenced Stipulation.

Dated: April 17, 2023

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2